INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

|  |  |
|---|---|
| John-Michael Bryant | Case No. __1:25-cv-2550-JPH-MG__ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

**-v-**

TOWN OF LAPEL, Indiana

CHIEF KELLY NASELROAD, in his
individual and official capacities

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

> **FILED**
>
> **12/17/2025**
>
> **U.S. DISTRICT COURT**
> **SOUTHERN DISTRICT OF INDIANA**
> **Kristine L. Seufert, Clerk**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**Demand for Jury Trial**   [X] **Yes**   [ ] **No**

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number.  A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

## I.        Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**        Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☐  State or local officials (a § 1983 claim)

**B.**        Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment (warrantless entry/remaining on private residential property after consent was revoked).

Fourteenth Amendment (due process)

**C.**        Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**D.**        Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Chief Kelly Naselroad: "Acted under color of state/local law by acting in his official role as Lapel Police Chief, in uniform and exercising police authority, while entering and remaining on Plaintiff's private residential property during an inspection-related encounter on August 27, 2025."

Town of Lapel: "Acted under color of state/local law through its Police Department and municipal government, including by deploying/allowing police presence and conduct during inspection enforcement activity and by ratifying/defending the conduct after Plaintiff complained."

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

_____

_____

_____

_____

_____

_____

_____

_____

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John-Michael Bryant |
| Address | 24 Conrad Drive |
| | Lapel _City_    IN _State_    46051 _Zip Co_ |
| | Madison |
| County | |
| Telephone Number | 304-382-5710 |
| E-Mail Address | JMBryantwv@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Town of Lapel, Indiana |
| Job or Title _(if known)_ | Municipal corporation (Town government) |
| Address | Town of Lapel, 1011 N Main Street |
| | Lapel _City_    IN _State_    46051 _Zip Code_ |
| | Madison |
| County | |
| Telephone Number | 765-534-3157 |
| E-Mail Address _(if known)_ | info@lapelindiana.org |

☐ Individual capacity    ☐ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

Defendant No. 2

Name                          Kelly Naselroad

Job or Title *(if known)*      Chief of Police, Lapel Police Department

Address                       720 Ford Street

| Lapel | IN | 46051 |
|---|---|---|
| *City* | *State* | *Zip code* |

County                        Madison

Telephone Number              765-534-4600

E-Mail Address *(if known)*    info@lapelindiana.org

[X] Individual capacity    [X] Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain  statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

On Plaintiff's private residential property in Lapel, Madison County, Indiana.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

August 27, 2025, approximately 2:30 p.m.

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

1. "On August 27, 2025 at approximately 2:30 p.m., Defendant Chief Kelly Naselroad was present at Plaintiff's private residential property in Lapel, Indiana during an inspection-related encounter."

2. "Defendant Naselroad entered and/or remained on Plaintiff's private property."

3. "Plaintiff expressly revoked consent and directed Defendant Naselroad to leave unless he had a warrant."

4. "Defendant Naselroad refused to leave and remained on the property while acting under color of law and asserting police authority."

5. "Defendant Naselroad did not present a warrant. Plaintiff is informed and believes there were no emergency circumstances requiring him to remain."

6. "Plaintiff filed a citizen complaint. Defendant Naselroad later provided a written response disputing Plaintiff's account of his location/presence on the property."

7 "Plaintiff alleges the Town of Lapel is responsible for this conduct through its policies, customs, practices, and/or ratification of the conduct after Plaintiff complained."

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"Loss of privacy and security in Plaintiff's home environment; emotional distress"

"Interference with Plaintiff's right to exclude others from private property"

"Time and expense spent addressing the incident and pursuing complaints"

"No medical treatment was sought."

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Enter judgment in favor of Plaintiff and against Defendants.

Award compensatory damages in the amount of $50,000.

Award costs and any other relief the Court deems just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/17/2025

Signature of Plaintiff

Printed Name of Plaintiff

**Print**        **Save As...**        **Add Attachment**        **Reset**